UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALL STATE INSURANCE CO.,

                                              JUDGMENT
                                              03-CV- 4778 (ERK)

                   Plaintiff,

-against-

RPM ENTERPRISES OF N.Y., et al.,

                   Defendants.
-----------------------------------------------------------X

      An Order of Honorable Edward R. Korman, United States District Judge, having been filed on July 28, 2005, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated June 7, 2005, dismissing the action for lack of prosecution; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that the action is dismissed for lack of prosecution.


Dated: Brooklyn, New York
         August 01, 2005

                                                                    s/Robert C. Heinemann
                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court